STATE of Missouri, Respondent,

v.

Barry T. McINTOSH, Appellant.

No. 35673.

Missouri Court of Appeals,
Western District.

May 28, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 30, 1985.

Application to Transfer Denied Sept. 10, 1985.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

ORDER

PER CURIAM:

Appeal from conviction by the court of assault in the first degree with a deadly weapon, section 565.050, RSMo 1978, and sentence of ten years imprisonment, section 558.011.1(1), RSMo Supp.1984.

Affirmed. Rule 30.25(b).